151 A.3d 86

S.H., PLAINTIFF-PETITIONER, v. L.H.,
DEFENDANT-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002410-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 86

ROBERT B. PATEL, M.D., AND MID-ATLANTIC MEDICAL ASSOCI-
ATES, LLC, PLAINTIFFS-PETITIONERS, v. ROBERT WOOD
JOHNSON UNIVERSITY HOSPITAL, DEFENDANT-RESPON-
DENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000294-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.